Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE APPAREL, INC. d/b/a PAPAYA CLOTHING, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00422-AJB-AHG<br><br>Honorable Judge Anthony J. Battaglia<br>Courtroom 4A, 4th Floor<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Sarah Young ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses all claims and causes of action asserted individually with prejudice as to Plaintiff's individual claims

1
VOLUNTARY DISMISSAL WITH PREJUDICE

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Parties shall bear their own fees and costs.

Dated: November 29, 2021                    Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorney for Plaintiff and Proposed Class*

Dated: November 29, 2021                    Respectfully Submitted,

/s/ *Jong Y. Kim*
Jonb Y. Kim
**LAW OFFICES OF JONG YUN KIM**
*Attorney for Defendant, Cornerstone Apparel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: November 29, 2021               */s/ Thiago M. Coelho*
                                       Thiago M. Coelho