# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE APPAREL, INC. d/b/a PAPAYA CLOTHING, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00422-AJB-AHG<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

///

///

///

1  Upon due consideration, good cause appearing, the Court DISMISSES this action
2  with prejudice as to Plaintiff's individual claims. Each party must bear its own costs and
3  attorneys' fees.  The Clerk of Court is instructed to terminate all pending motions and
4  deadlines and close the case.

6  **IT IS SO ORDERED.**

8  Dated:  November 30, 2021

   Hon. Anthony J. Battaglia
   United States District Judge